# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID PAUL STORM,<br><br>　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 2:14CR518 DAK<br><br>Judge Dale A. Kimball |

　　　　This matter is before the court on Defendant David Paul Storm's Motion for Early Termination of Supervised Release, which was filed on July 19, 2023. On September 30, 2015, the court sentenced Mr. Storm to 120 months incarceration, followed by 36 months of supervised release. Defendant's term of supervised release began on June 2, 2022, so he has served just over thirteen months of his three-year term of supervised release.

　　　　The United States Probation Office has provided the court with a Report on Person Under Supervision. Mr. Storm's probation officer reports that Mr. Storm has progressed well," and that he "reports as directed, maintains communication with this officer, is employed full-time and resides in a stable residence with his wife and children." But because of his long criminal history and his relatively short time on supervision, both the probation officer and the prosecutor believe that it is too early to terminate Mr. Storm's supervision.

　　　　The court agrees that Mr. Storm would benefit from a longer period of supervised release, and therefore his motion is denied at this time. Provided that Mr. Storm continues on the right

track, he may reapply for early termination after he has completed at least half his term of supervision.

DATED this 31st day of July, 2023.

                                         BY THE COURT:

                                         _____
                                         DALE A. KIMBALL
                                         United States District Judge