**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**DAVID PAUL STORM,**<br>**Defendant.** | **MEMORANDUM DECISION AND ORDER DENYING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br>**Case No. 2:14-cr-518-DAK**<br>**Judge Dale A. Kimball** |

This matter is before the court on Defendant David Paul Storm's Renewed Motion for Early Termination of Supervised Release [ECF No. 82]. On September 30, 2015, this court sentenced Defendant to 120 months of incarceration and 36 months of supervised release. Defendant began serving his term of supervised release on June 2, 2022. On April 28, 2025, the court found Defendant in violation of his terms of supervised release after he tested positive for cocaine and marijuana. As a result, the court extended Defendant's term of supervised release by eighteen months with supervision now scheduled to expire on October 27, 2026.

Mr. Storm is currently employed and is enrolled in an industrial skills program at Salt Lake Community College. Defendant's probation officer reports that Mr. Strom has successfully completed treatment and has not used illegal drugs since July 22, 2025. These accomplishments reflect Mr. Storm's efforts to improve his circumstances and establish a more stable and productive life.

Despite this progress, Mr. Storm has tested positive for alcohol use on more than thirteen occasions in violation of the terms of his supervised release. Although the probation officer has

not elected to pursue revocation proceedings in light of Mr. Storm's other accomplishments, the officer supports allowing his supervision to expire as originally scheduled.

While the court recognizes and commends Mr. Strom's positive efforts, his repeated violations demonstrate that he has not consistently complied with the conditions of supervision. Given this history, the court determines that early termination is not warranted. Therefore, Defendant's Renewed Motion for Early Termination of Supervised Release is DENIED.

Dated this 19th day of October 2026.

BY THE COURT:

DALE A. KIMBALL
United States District Judge